# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LABORERS LOCAL UNION 158,** **LABORERS LOCAL UNION 158 HEALTH AND WELFARE FUND,** and **LABORERS LOCAL UNION 158 PENSION FUND,** | : CIVIL ACTION NO. 1:19-CV-1025 : : (Judge Conner) : : : |
| **Plaintiffs** | : |
| v. | : : |
| **GLOBAL ENVIRONMENTAL SOLUTIONS, INC.,** and **KEVIN POMERLEAU,** | : : : : |
| **Defendants** | : |

## ORDER

AND NOW, this 6th day of July, 2021, upon consideration of the record in the above-captioned matter, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that plaintiffs' complaint (Doc. 1) is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania